948 So.2d 177 (2007)
Kim MCLIN and Curtis McLin
v.
Jeffrey BREAUX, M.D., Michael Leggio, M.D., and Louisiana Medical Mutual Insurance Company.
No. 2006-C-2822.
Supreme Court of Louisiana.
January 26, 2007.
In re Louisiana Medical Mutual Insurance Company; Breaux, Jeffry M.D. et al.;Defendant(s); Applying for Writ of Certiorari and/or Review, Parish of E. Baton Rouge, 19th Judicial District Court Div. J, No. 504682; to the Court of Appeal, First Circuit, No. 2005 CA 1911.
Denied.